**No. 10-5200. Bryan Keith Hogan, Petitioner v. Florida.**

562 U.S. 909, 131 S. Ct. 257, 178 L. Ed. 2d 171, 2010 U.S. LEXIS 6985, 

October 4, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 12 So. 3d 835.

**No. 10-5201. Shannon Hurd, Petitioner v. Burl Cain, Warden.**

562 U.S. 909, 131 S. Ct. 257, 178 L. Ed. 2d 171, 2010 U.S. LEXIS 6983.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-5202. Adan Ernesto Guzman, Petitioner v. Washington.**

562 U.S. 909, 131 S. Ct. 257, 178 L. Ed. 2d 171, 2010 U.S. LEXIS 6958.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Washington, Division 2, denied.

Same case below, 151 Wash. App. 1031.

**No. 10-5203. Daniel Gatson, Petitioner v. Wayne Forrest.**

562 U.S. 909, 131 S. Ct. 258, 178 L. Ed. 2d 171, 2010 U.S. LEXIS 6838.

October 4, 2010. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 10-5204. Guy Wesley Hamilton, Petitioner v. United States.**

562 U.S. 909, 131 S. Ct. 258, 178 L. Ed. 2d 171, 2010 U.S. LEXIS 7431.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 591 F.3d 1017.

**No. 10-5206. Glenn Owens, Petitioner v. United States.**

562 U.S. 909, 131 S. Ct. 258, 178 L. Ed. 2d 171, 2010 U.S. LEXIS 7014.

October 4, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 982 A.2d 310.

**No. 10-5209. Terrance Manuel, Petitioner v. United States.**

562 U.S. 909, 131 S. Ct. 258, 178 L. Ed. 2d 171, 2010 U.S. LEXIS 7453.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 342 Fed. Appx. 844.